UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALIMANTANO GmbH;<br>(a company under the laws of Germany)<br>TOFIK DAVIDOFF;<br>KONSTANTIN FELDE<br>(both German citizens)<br><br>        Plaintiffs,<br><br>    -against-<br><br>DANIEL HIRSCH<br>(New York Resident);<br>WATCHNETWORK.COM<br>(New York unincorporated association);<br>MMI DISTRIBUTION, INC.;<br>GMT DISTRIBUTION, INC.;<br>(both New York corporations);<br>TWITTER, INC.<br>(California corporation with office in New York)<br><br>        Defendants. | Case No. 13-CV-0560<br><br>**Settlement Agreement** |

It is hereby stipulated and agreed between Plaintiffs KALIMANTANO GmbH, TOFIK DAVIDOFF and KONSTANTIN FELDE and Defendants DANIEL HIRSCH, WATCHNETWORK.COM, MMI DISTRIBUTION, INC.; and GMT DISTRIBUTION, INC. that the above-captioned action is hereby dismissed, with prejudice, each party to bear its own costs.

Dated: April 29, 2013

By:     /s/ George Lambert

George Lambert
Law Offices of Leonard Suchanek
1025 Connecticut Ave., Suite 1000, NW
Washington, D.C. 20036
Telephone: (202) 640-1897
Facsimile: (800) 852-1950

Peter A. Joseph
177 Waverly Place #5F
New York, NY 10014
Telephone: (212) 924-1498

*Attorneys for Plaintiffs*
*KALIMANTANO GmbH, TOFIK DAVIDOFF and*
*KONSTANTIN FELDE*


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____

Daniel L. Brown
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

*Attorneys for Defendants*
*DANIEL HIRSCH, WATCHNETWORK.COM,*
*MMI DISTRIBUTION, INC.; and*
*GMT DISTRIBUTION, INC.*

So Ordered:

_____
U.S.D.J.